IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT C., <u>et al.</u> | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-4032 |
| | : | |
| COLONIAL INTERMEDIATE UNIT 20 | : | |
| | : | |

### ORDER

**AND NOW,** this _____ day of March, 2003, it having been reported that the issues between the parties in the above-captioned action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to resolve any issues arising under the settlement agreement, including, but not limited to, enforcement of the settlement agreement.[1]

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**

---

[1] See <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375 (1994).